# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _RY_ D.C.

05 MAY 12 PM 4:18

ROBERT R. DI TROLIO
CLERK
W.D. OF TN, MEMPHIS

| | |
|---|---|
| WILLIE H. JOHNSON, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| DENYS YEAGER, et al., | CASE NO: 05-2146-B |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on May 11, 2005, this cause is hereby dismissed.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

5/12/05
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_Earline Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05

(5)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02146 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Willie H. Johnson
WEST TENNESSEE STATE PENITENTIARY
85389
P.O. Box 1150 Site 2
Henning, TN 38041--115

Honorable J. Breen
US DISTRICT COURT